[No. 73813-5-I. Division One. November 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAUN WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02243-8, George F.B. Appel, J., entered July 29, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Schindler, JJ.

[No. 73927-1-I. Division One. November 28, 2016.]

SHELLY CARR, *Appellant*, v. JOSE RIVEROS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-20442-6, Monica J. Benton, J., entered August 24, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Trickey, J.

[No. 74035-1-I. Division One. November 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GWEN LYNN ARDREY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-06435-3, Bruce E. Heller, J., entered September 10, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Verellen, C.J., and Appelwick, J.

[No. 74201-9-I. Division One. November 28, 2016.]

*In the Matter of the* MARITAL TRUST B FOR THE BENEFIT OF FREDERICK A. GRAHAM.

BANK OF AMERICA, NA, *Respondent*, v. FREDERICK A. GRAHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-4-05427-8, Judith H. Ramseyer, J., entered February 12, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Trickey, J.